DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MANWANI HOLDING COMPANY, LLC,**
Appellant,

v.

**FEDERAL HOME LOAN MORTGAGE CORPORATION,**
Appellee.

No. 4D22-498

[November 16, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE21-015992.

Raymond Carrero of Raymond Carrero, P.A., Pinecrest, for appellant.

Allison Morat of Bitman O'Brien & Morat, PLLC, Lake Mary, for appellee.

PER CURIAM.

*Affirmed. See Tr. No. 602W0 Dated 7/16/15, Dema Invs., LLC v. Wells Fargo Bank, N.A.*, 207 So. 3d 977, 978 (Fla. 5th DCA 2016) ("The law is well settled that a purchaser pendente lite is not entitled to intervene or otherwise be made a party to the ongoing lawsuit.") (citations omitted).

MAY, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***